UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| In re UIPATH, INC. SECURITIES LITIGATION | Civil Action No. 1:23-cv-07908-DLC |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL |
| ALL ACTIONS. | |

---------------------------------------------------------------x

Upon consideration of the Motion for Leave to Withdraw as Counsel, and for good cause shown, it is HEREBY ORDERED THAT Chad Johnson of Robbins Geller Rudman & Dowd LLP is hereby withdrawn as counsel of record. The Clerk of the Court is directed to remove the above-named attorney and law firm from the docket as well as the ECF Service List.

IT IS SO ORDERED.

DATED: 1/30/24

_____
THE HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE